JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIEMER OPHTHALMIC SYSTEMS AG, et al., | Case No. SA CV 12-2054 FMO (ANx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SON EVANS (a/k/a STEVEN WALT), et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS HEREBY ADJUDGED that:

1. Judgment shall be entered in favor of plaintiffs Ziemer Ophthalmic Systems AG and Ziemer USA, Inc. and against defendant Son Evans, also known as Steven Walt, in the total amount of $105,000 in statutory damages under 17 U.S.C. § 1203(c)(3)(A).

2. Defendant and officers, agents, servants, employees, and all others in active concert or participation with defendant with notice, are enjoined and restrained from marketing or selling counterfeit versions of plaintiffs' RFID tags that violate the Digital Millennium Copyright Act anti-circumvention provisions.

3. Defendant is ordered to pay reasonable attorney's fees pursuant to 17 U.S.C. § 1203(b)(5) and Local Rule 55-3, in the amount of $5,700.

1        4. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to
2 make it operative in any future proceedings.
3 Dated this 7th day of January, 2014.

                                                         /s/
                                      Fernando M. Olguin
                                United States District Judge